## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In Re:

Case No.: 10-05956 ESL

**RICHARD RAIMUNDI MORALES**
**NORALYN TIRADO**

Chapter 13

Debtor(s)

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to correct payment schedule.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

## RESPECTFULLY SUBMITTED.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 6th day of August of 2010.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo,  Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:

Case No. 10-05956-13

RAIMUNDI MORALES, RICHARD & TIRADO ROBLES, NORALYN

Chapter 13

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED:
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 8/06/2010
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ 1,250.00 | x 60 | = $ | 75,000.00 |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ 75,000.00

Additional Payments:
$ 50,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
1ST LUMPSUM WILL COME FROM FUNDS RETURNED FROM BPPR. 2ND FROM FUTURE TAX REFUNDS RECIEVED DURING THE LIFE OF THE PLAN
Periodic Payments to be made other than, and in addition to the above:
$ x = $

PROPOSED BASE: $ 125,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,389.00

Signed: /s/ RICHARD RAIMUNDI MORALES
Debtor

/s/ NORALYN TIRADO ROBLES
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR      Cr. _____    Cr. _____
# 71010019048068   # _____   # _____
$ 15,000.00    $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE OBTAINED FROM THE COURT FOR SUCH PURPOSE.

DEBTORS ASSUME LEASE WITH BPPR ( NISSAN ARMADA & NISSAN ALTIMA)

DEBTOR WILL CURE ARREARS WITH BPPR AUTO LEASE OF ARMADA AND ALTIMA WITH THE REPAYMENT PLAN

---

Attorney for Debtor Jose Prieto

Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc (1-800-998-2424) - Forms Software Only

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | BPPR | | |
| | BPPR | | |
| | BPPR | | |
| | BPPR | | |

Label Matrix for local noticing
0104-3
Case 10-07163-13
District of Puerto Rico
Old San Juan
Sat Aug  7 13:50:57 AST 2010

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

ASUME
PO BOX 70376
SAN JUAN, PR  00936-8376

BPPR
P O BOX 366818
SAN JUAN, PR 00936-6818

DEPT DE TRANSPORTACION
Y OBRAS PUBLICAS
P O BOX 41269
SAN JUAN, PR  00940-1269

DEPT HACIENDA DE PR
P O BOX 9024140
SAN JUAN, PR  00902-4140

SIGFRIDO DELGADO
P O BOX 22150
SAN JUAN, PR 00931-2150

JOSE M PRIETO CARBALLO
JPC LAW OFFICE
PO BOX 363565
SAN JUAN, PR 00936-3565

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

RUBEN MALDONADO RAMIREZ
P O BOX 2176
SAN JUAN, PR 00960-2176

End of Label Matrix
Mailable recipients     9
Bypassed recipients     0
Total                   9