IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF PUERTO RICO

IN RE: RICHARD RAIMUNDI MORALES
NORALYN TIRADO ROBLES

Bkrtcy. No. 10-05956-ESL
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jul 01, 2010
Days from petition date: 39
910 Days before Petition: 1/3/2008
This is debtor(s) 1st Bankruptcy petition.
This is the 1st Scheduled Meeting

Meeting Date: Aug 09, 2010
Meeting Time: 11:00 AM
☑ Chapter 13 Plan Date Aug 06, 2010 Dkt.# 22 ☑ Amended.
Plan Base: $125,000.-
Confirmation Hearing Date: Sep 22, 2010   Time: 2:00 PM

DC Track No. 17

Payment(s) ☐ Received or ☑ Evidence shown at meeting:

| Ck/MO No. | Date | Amount |
|---|---|---|
| NO 156357 | 8/9/2010 | $20,000.- |
| Ck personal | 7/30/2010 | $1250 |

Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☑ Joint Debtor Present ☑ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☑ Creditor(s) present: BPPR (Colon) ☐ None.

### II. Attorneys Fees as per R 2016(b) Statement   Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $611.00   Outstanding: $2,389.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.   Liquidation Value: $771,690.-
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: $33,512.40

The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation: To pay LV
☐ FEASIBILITY [§1325(a)(6)]   ☑ INSUFFICIENTLY FUNDED   ☑ To pay §507   ☑ Fails Creditor's Best Interest Test §1325(A)(4)
☑ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS: To pay pool
- Need to file MOR July 2010 with/ confirmation.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1   Date: Aug 09, 2010