UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RICHARD RAIMUNDI MORALES<br>NORALYN TIRADO ROBLES<br><br>DEBTOR (S) | CASE NO. 10-05956-ESL<br><br>CHAPTER 13 |

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT:  NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**     Gen Unsecured Pool:  **$33,512.40**

The **LIQUIDATION VALUE** of the estate has been determined in **$77,690.00**     **R2016 STM**.  **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,389.00     Fees paid: $0.00     Fees Outstanding: $2,389.00**

With respect to the proposed (amended) Plan dated: **August 06, 2010** (Dkt 22)**.**     Plan Base: **125,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Insufficiently Funded to pay what it proposes (or needs) to pay  [§1325(a)(6)]


- Feasibility [§1325(a)(5)]: Plan fails to provide for an allowed secured claim.
     The proposed plan fails to provide for IRS' secured claim and Popular Auto's secured arrears. (Claims 11 and 4 respectively)

- Other/Comments
     NONE.


Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

     In San Juan, Puerto Rico this September 20, 2010.


                              /s/ Jose R. Carrion
                              _____
                              /s/ Nannette Godreau -Staff Attorney
                              _____
                              JOSE R. CARRION
                              CHAPTER 13 TRUSTEE
                              PO Box 9023884, San Juan, PR 00902-3884
                              Tel. (787) 977-3535  Fax  (787) 977-3550