# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:

RICHARD RAIMUNDI MORALES
NORALYN TIRADO RESTO

xxx-xx-1203
xxx-xx-0074

Debtor(s)

Case No.: 10-05956 (ESL)

Chapter 13

## TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

The Trustee, pursuant to 11 U.S.C. §522(5), objects to aforementioned claimed exemptions over the vehicles described on Debtors' schedule B. As ground for the objection, the Trustee states that the exemptions on Debtors' vehicle were wrongly claimed. Debtors must specify the vehicle and the amount claimed as exempt. Otherwise, Trustee will not be able to determine the liquidation value in this case.

Therefore, the exemptions claimed by Debtors on their vehicles were wrongly claimed.

**WHEREFORE** the Trustee respectfully prays that an order be entered denying the Debtor's claimed exemptions as set out above.

**20 DAYS NOTICE:** The Debtor(s) is hereby notified that unless an opposition to this objection is submitted in writing within **20** days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 4003(b) The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date to:** the DEBTOR(S) and to her/his/their ATTORNEY, to their respective address of record.

In San Juan, Puerto Rico this **10th** day of December, 2010

**/S/ Mayra M. Argüelles-Álvarez**
Staff Attorney
USDC-PR No. 228304

JOSE R. CARRIÓN-MORALES
CHAPTER 13 TRUSTEE
P.O. Box 9023884
**San Juan, P.R. 00902-3884**
Tel (787) 977-3535
**Fax (787) 977-3550**