IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          CASE NUMBER: 10-05956 ESL

RICHARD RAIMUNDI MORALES           CHAPTER 13
NORALYN TIRADO RESTO

DEBTOR(S)

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 3RD day of MAY of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                Case No. 10-05956-13

RAIMUNDI MORALES, RICHARD & TIRADO RESTO, NORALYN       Chapter 13
                            Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 5-3-2011
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,250.00 x 6 = $ 7,500.00
$ 1,600.00 x 6 = $ 9,600.00
$ 2,100.00 x 12 = $ 25,200.00
$ 2,800.00 x 12 = $ 33,600.00
$ 3,500.00 x 12 = $ 42,000.00
    4,400     12     52,800.
TOTAL: $ 170,700.00

Additional Payments:
$ 56,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
1ST LUMPSUM WILL COME FROM FUNDS RETURNED FROM BPPR. 2ND FROM FUTURE TAX REFUNDS RECIEVED DURING THE LIFE OF THE PLAN

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 226,700.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR      Cr. _____      Cr. _____
# 71010019048068    # _____    # _____
$ 15,000.00    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. IRS      Cr. _____      Cr. _____
# 66-05249999    # _____    # _____
$ 129,098.48    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,389.00

Signed: /s/ RICHARD RAIMUNDI MORALES
          Debtor

         /s/ NORALYN TIRADO RESTO
          Joint Debtor

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTORS ASSUME LEASE WITH BPPR ( NISSAN ARMADA & NISSAN ALTIMA)

DEBTOR WILL CURE ARREARS WITH BPPR AUTO LEASE OF ARMADA AND ALTIMA WITH THE REPAYMENT PLAN CLAIM #8 AND CLAIM #9

Attorney for Debtor Jose Prieto                                         Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

IN RE RAIMUNDI MORALES, RICHARD & TIRADO RESTO, NORALYN        Case No. 10-05956-13
                                  Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | BPPR ALTIMA<br>BPPR ARMADA | | |
| **Executory Contracts - Rejected:** | BPPR ISUZU | | |

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.      ASUME
0104-3                                    U.S. Post Office and Courthouse Building  PO BOX 70376
Case 10-07163-13                          300 Recinto Sur Street, Room 109          SAN JUAN, PR  00936-8376
District of Puerto Rico                   San Juan, PR 00901-1964
Old San Juan
Sat Aug  7 13:50:57 AST 2010

BPPR                                      DEPT DE TRANSPORTACION                    DEPT HACIENDA DE PR
P O BOX 366818                            Y OBRAS PUBLICAS                          P O BOX 9024140
SAN JUAN, PR 00936-6818                   P O BOX 41269                             SAN JUAN, PR  00902-4140
                                          SAN JUAN, PR  00940-1269


SIGFRIDO DELGADO                          JOSE M PRIETO CARBALLO                    MONSITA LECAROZ ARRIBAS
P O BOX 22150                             JPC LAW OFFICE                            OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR 00931-2150                   PO BOX 363565                             OCHOA BUILDING
                                          SAN JUAN, PR 00936-3565                   500 TANCA STREET  SUITE 301
                                                                                    SAN JUAN, PR 00901-1938


RUBEN MALDONADO RAMIREZ                   End of Label Matrix
P O BOX 2176                              Mailable recipients    9
SAN JUAN, PR 00960-2176                   Bypassed recipients    0
                                          Total                  9
```